# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE L. SANDOVAL,<br><br>　　　　　　　　　　Plaintiff,<br>vs.<br>JANIS L. SAMARTINO<br><br>　　　　　　　　　　Defendant. | CASE NO. 10cv0232 JM(WMc)<br><br>ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE |

Over the past two years, Plaintiff Grace L. Sandoval has filed in excess of 140 separate actions in this district. Each action was brought in propria persona and in forma pauperis. Each appears to have been dismissed as frivolous or for failure to state a claim. The present complaint fairs no better.

Without identifying the basis for the court's subject matter jurisdiction, the complaint sets forth a rambling narrative of charges and conclusions concerning dozens of individuals who are engaged in drug smuggling, rape, and hanging people to death. As the present complaint, like the scores of previously filed complaints, fails to identify the basis for federal jurisdiction, or to set forth a coherent statement of the claims, the court dismisses the complaint at bar as frivolous, for failure to state a claim, and for lack of subject matter jurisdiction.

The Clerk of Court is instructed to dismiss the action without prejudice. Until Plaintiff pays the filing fee or demonstrates an imminent danger of serious physical injury, the Clerk of Court is

/ / /

/ / /

1  instructed to reject for filing any further documents from Plaintiff in this case.  The court also denies
2  the motion for leave to proceed in forma pauperis and for appointment of counsel as moot.
3  **IT IS SO ORDERED.**
4  DATED: March 19, 2010

_____
Hon. Jeffrey T. Miller
United States District Judge

7  cc:           All parties