AO 450 Judgment in a Civil Case

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

GRACE L. SANDOVAL

**V.**

JANIS L. SAMARTINO

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:**    10cv232-JM(WMc)

☐    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Clerk of Court is instructed to dismiss the action without prejudice. The court also denies the motion for leave to proceed in forma pauperis and for appointment of counsel as moot...........
.................................................................................................................................................................

| March 22, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

S/ T. Lee

(By) Deputy Clerk

ENTERED ON March 22, 2010